UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MIDWEST INSTITUTE OF HEALTH, PLLC, et al., | ) ) |
| Plaintiffs, | ) ) |
| -v- | ) ) ) |
| GRETCHEN WHITMER, et al., | ) |
| Defendants. | ) ) ) |

No. 1:20-cv-414

Honorable Paul L. Maloney

## ORDER STAYING CASE

The parties in the above-captioned case have agreed that proceedings in this Court should be stayed until the Sixth Circuit resolves Plaintiffs' pending motions (see ECF No. 52). Accordingly,

**IT IS HEREBY ORDERED** that this case is **STAYED** until the Sixth Circuit resolves the relevant motions.

**IT IS SO ORDERED.**

Date:  December 18, 2020          /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge