UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIDWEST INSTITUTE OF HEALTH, PLLC,          )
*et al.*,                                            )
                                   Plaintiffs,       )
                                                     )          No. 1:20-cv-414
-v-                                                  )
                                                     )          Honorable Paul L. Maloney
GRETCHEN WHITMER, *et al.*,                          )
                                   Defendants.       )
_____)

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   March 23, 2022                              /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge